| STATE OF LOUISIANA | * | NO. 2021-KA-0494 |
| --- | --- | --- |
| VERSUS | * | COURT OF APPEAL |
| ANTOINE EDWARDS | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

PAB

**BROWN, J., CONCURS IN THE RESULT**